```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675034664
Cashier ID: hblaney
Transaction Date: 01/13/2015
Payer Name: GILBERT RUSSELL MCWHERTER
----------------------------------------
CIVIL FILING FEE
 For: GILBERT RUSSELL MCWHERTER
 Case/Party: D-TNM-3-15-CV-000031-001
 Amount:         $400.00
----------------------------------------
CHECK
 Check/Money Order Num: 8430
 Amt Tendered: $400.00
----------------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00
```