# IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JEREMY L. MURPHY, )
)
    Plaintiff, )
)
                                  )     Case No. 3:15-cv-00031
v.                              )     Senior Judge Haynes
)
COMMUNITY HEALTH SYSTEMS, )
INC., et al., )
)
    Defendants. )

## O R D E R

       Pursuant to the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation in In re: Community Health Systems, Inc., Customer Data Security Breach Litigation, MDL-2595, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings.

       It is so **ORDERED**.

       **ENTERED** this the _20th_ day of February, 2015.

                                 WILLIAM J. HAYNES, JR.
                                 Senior United States District Judge